**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50168 (KBO) |
| v. | |
| MANAGED HEALTHCARE ASSOCIATES, | **Re: Adv. D.I. 1** |
| Defendant. | |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Managed Healthcare Associates (the "Defendant"), hereby stipulate as follows:

1.      Plaintiff filed its complaint against Defendant on February 11, 2025 [Adv. D.I. 1] (the "Complaint").

2.      This Court issued the summons to the Complaint on April 28, 2025 [Adv. D.I. 3].

3.      Defendant's deadline to respond to the Complaint is May 28, 2025.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4.      The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.


Dated: May 19, 2025

**Saul Ewing LLP**                                    **Taft/Stettinius & Hollister LLP**

/s/ *Evan T. Miller*                                    */s/Lynn Rowe Larsen*
Evan T. Miller (DE Bar No. 5364)          Lynn Rowe Larsen
Paige N. Topper (DE Bar No. 6470)       200 Public Square, Suite 3500
1201 N. Market Street, Suite 2300         Cleveland, Ohio 44114-2302
Wilmington, DE 19801                          Telephone (216) 241-2838
Telephone: (302) 421-6800                    Facsimile (216) 241-3707
evan.miller@saul.com                           llarsen@taftlaw.com
paige.topper@saul.com

                                                          *Counsel for Defendant*
*Counsel for Plaintiff*