IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al*<br><br>                                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING
AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JULY 10, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

      I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on July 9, 2025 the *Amended Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 at 11:00 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

| | |
|---|---|
| Dated: July 9, 2025<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:   */s/ John T. Carroll, III*<br>      John T. Carroll, III (DE No. 4060)<br>      1201 N. Market Street<br>      Suite 1001<br>      Wilmington, DE 19801<br>      (302) 295-2028 Phone<br>      (302) 295-2013 Fax No.<br>      jcarroll@cozen.com<br><br>      *Counsel to George L. Miller,*<br>      *Chapter 7 Trustee* |